**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MARLON ABRAHAM CASTANEDA ESCOBAR, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. CIV-26-01896-JD |
| MARKWAYNE MULLIN, | ) ) ) | |
| Respondent. | ) | |

## ORDER

Before the Court is Petitioner Marlon Abraham Castaneda Escobar's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1]. Petitioner has an earlier-filed petition currently pending before the Court on the same subject matter as the instant Petition. *See Escobar v. Mullin*, 26-cv-01759-JD (W.D. Okla.).

The Court therefore DISMISSES this duplicative action without prejudice and without leave to amend. A separate judgment will follow.

IT IS SO ORDERED this 29th day of July 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE